# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: OLSON, THOMAS A.  § Case No. 10-72564
§
§
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 19, 2010. The undersigned trustee was appointed on May 19, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         6,500.16

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 6,500.16 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 12/23/2010 and the deadline for filing governmental claims was 12/23/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,400.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,400.02, for a total compensation of $1,400.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/13/2011          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-72564
Case Name:   OLSON, THOMAS A.

Period Ending: 01/13/11

Trustee:   (330490)   MEGAN G. HEEG
Filed (f) or Converted (c): 05/19/10 (f)
§341(a) Meeting Date: 07/09/10
Claims Bar Date: 12/23/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand.<br>Orig. Asset Memo: Orig. Description: cash; Imported from original petition Doc# 1; | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking National City; Imported from original petition Doc# 1; | 35.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking Blackhawk Bank; Imported from original petition Doc# 1; | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking Blackhawk Bank; Imported from original petition Doc# 1; | 35.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking National City; Imported from original petition Doc# 1; | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: 2 beds, dressser, chair, tv, vcr, dvd player, 2 computers, 2 stereos, refrigerator, dryer, desk, entertainment center, 2 bookcases, etc. with estimated retail value of $2000; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Orig. Description: video tapes, dvds and cds with estimated retail value of $150.00; Imported from original petition Doc# 1; | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Orig. Description: collectibles with estimated retail value of $200; Imported from original petition Doc# 1; | 80.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: clothing with estimated retail value of $300.00; Imported from original petition Doc# 1; | 150.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-72564
Case Name: OLSON, THOMAS A.

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 05/19/10 (f)
§341(a) Meeting Date: 07/09/10
Claims Bar Date: 12/23/10

Period Ending: 01/13/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Furs and jewelry.<br>Orig. Asset Memo: Orig. Description: jewelry with estimated retail value of $600.00; Imported from original petition Doc# 1; | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: 6 firearms with estimated retail value of $600.00; Imported from original petition Doc# 1; | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: golf clubs with estimated retail value of $50.00; Imported from original petition Doc# 1; | 20.00 | 0.00 | DA | 0.00 | FA |
| 13 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: camera with estimated retail value of $80.00; Imported from original petition Doc# 1; | 40.00 | 0.00 | DA | 0.00 | FA |
| 14 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: Weight Machine with estimated retail value of $1000.00; Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: happysales2you.com happysales2you.net Internet sales; Imported from original petition Doc# 1; | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2001 Dodge Dakota subject to security interest of U.S. Bank dealer retail value $5000.00; Imported from original petition Doc# 1; | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2006 custom motorcycle dealer retail value $16000.00; Imported from original petition Doc# 1; | 15,000.00 | 6,500.00 | | 6,500.00 | FA |
| 18 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2006 Honda Shadow Motorcycle dealer retail value $4000.00; | 3,500.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-72564
Case Name: OLSON, THOMAS A.

Trustee: (330490)   MEGAN G. HEEG
Filed (f) or Converted (c): 05/19/10 (f)
§341(a) Meeting Date: 07/09/10
Claims Bar Date: 12/23/10

Period Ending: 01/13/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1; | | | | | |
| 19 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: utility trailer dealer retail value $200.00; Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Boats, motors and accessories.<br>Orig. Asset Memo: Orig. Description: 1974 glasstron Boat, motor, trailer; Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Boats, motors and accessories.<br>Orig. Asset Memo: Orig. Description: canoe; Imported from original petition Doc# 1; | 350.00 | 0.00 | DA | 0.00 | FA |
| 22 | Machinery, fixtures, equipment and supplies used<br>Orig. Asset Memo: Orig. Description: 4 folding tables; Imported from original petition Doc# 1; | 80.00 | 0.00 | DA | 0.00 | FA |
| 23 | Machinery, fixtures, equipment and supplies used<br>Orig. Asset Memo: Orig. Description: work tools with estimated retail value of $2000.00; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | Inventory.<br>Orig. Asset Memo: Orig. Description: Inventory of items for sale; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | Other personal property of any kind not already<br>Orig. Asset Memo: Orig. Description: hand and power tools with estimated retail value of $400.00; Imported from original petition Doc# 1; | 200.00 | 0.00 | DA | 0.00 | FA |
| 26 | Other personal property of any kind not already<br>Orig. Asset Memo: Orig. Description: garage heater with estimated retail value of $200.00; Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |
| 27 | Other personal property of any kind not already<br>Orig. Asset Memo: Orig. Description: pressure washer with estimated retail value of $200.00; Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |
| 28 | Other personal property of any kind not already | 30.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.  
**Period Ending:** 01/13/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/19/10 (f)  
**§341(a) Meeting Date:** 07/09/10  
**Claims Bar Date:** 12/23/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: work table with estimated retail value of $60.00; Imported from original petition Doc# 1; |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 0.16 | FA |
| 29 | Assets    Totals (Excluding unknown values) | $29,140.00 | $6,500.00 |  | $6,500.16 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 30, 2010         **Current Projected Date Of Final Report (TFR):** January 12, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-72564 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | OLSON, THOMAS A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-65 - Money Market Account |
| Taxpayer ID #: | **-***6124 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/10 | {17} | Matt Kobs | purchase of motorcycle | 1129-000 | 6,500.00 | | 6,500.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,500.04 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,500.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,500.14 |
| 01/12/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 6,500.16 |
| 01/12/11 | | To Account #9200******3466 | prepare final report | 9999-000 | | 6,500.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,500.16 | 6,500.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,500.16 | |
| | | | Subtotal | | 6,500.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,500.16 | $0.00 | |

{} Asset reference(s)

Printed: 01/13/2011 08:44 AM   V.12.56

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-72564 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | OLSON, THOMAS A. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***6124 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/13/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/11 | | From Account #9200******3465 | prepare final report | 9999-000 | 6,500.16 | | 6,500.16 |
| | | | ACCOUNT TOTALS | | 6,500.16 | 0.00 | $6,500.16 |
| | | | Less: Bank Transfers | | 6,500.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******34-65 | 6,500.16 | 0.00 | 0.00 |
| Checking # 9200-******34-66 | 0.00 | 0.00 | 6,500.16 |
| | $6,500.16 | $0.00 | $6,500.16 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72564
Case Name: OLSON, THOMAS A.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 6,500.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,500.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,400.02 | 0.00 | 1,400.02 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 760.00 | 0.00 | 760.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 82.50 | 0.00 | 82.50 |

Total to be paid for chapter 7 administration expenses: $ 2,242.52
Remaining balance: $ 4,257.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,257.64

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,257.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,787.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 4,252.88 | 0.00 | 569.64 |
| 2 | eCAST Settlement Corporation, assignee | 5,191.81 | 0.00 | 695.40 |
| 3 | Chase Bank USA, N.A. | 2,711.20 | 0.00 | 363.14 |
| 4 | Chase Bank USA, N.A. | 2,523.76 | 0.00 | 338.04 |
| 5 | Ferrell Gas | 1,249.27 | 0.00 | 167.33 |
| 6 | US Bank N.A. | 15,858.42 | 0.00 | 2,124.09 |

Total to be paid for timely general unsecured claims: $ 4,257.64
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)