UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: OLSON, THOMAS A. | § Case No. 10-72564 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 02/28/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 01/12/2011         By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: OLSON, THOMAS A. | § Case No. 10-72564 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,500.16 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 6,500.16 |
| **Balance on hand:** | $ | 6,500.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 6,500.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,400.02 | 0.00 | 1,400.02 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 760.00 | 0.00 | 760.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 82.50 | 0.00 | 82.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,242.52 |
| Remaining balance: | $ | 4,257.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,257.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,257.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,787.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 4,252.88 | 0.00 | 569.64 |
| 2 | eCAST Settlement Corporation, assignee | 5,191.81 | 0.00 | 695.40 |
| 3 | Chase Bank USA, N.A. | 2,711.20 | 0.00 | 363.14 |
| 4 | Chase Bank USA, N.A. | 2,523.76 | 0.00 | 338.04 |
| 5 | Ferrell Gas | 1,249.27 | 0.00 | 167.33 |
| 6 | US Bank N.A. | 15,858.42 | 0.00 | 2,124.09 |

Total to be paid for timely general unsecured claims: $ 4,257.64
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez              Page 1 of 2                   Date Rcvd: Jan 26, 2011
Case: 10-72564                 Form ID: pdf006            Total Noticed: 47

The following entities were noticed by first class mail on Jan 28, 2011.
db           +Thomas A. Olson,    103 Stanford Way,    Poplar Grove, IL 61065-8903
aty          +Gary C Flanders,    1 Court Place Suite 201,    Rockford, IL 61101-1088
15600934     +Bruce Buhr,    5922 Cartwright Court,    Roscoe, IL 61073-1914
15600935     +Bruce Buhr,    c/o Hupy and Abraham, SC,    100 East Wisconsin Ave. Suite 1110,
               Milwaukee, WI 53202-4107
15600973    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     P.O. Box 660509,    Dallas, TX 75226-0509)
15600936      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15600937      Capital One/ECAST Settlement Corp.,    c/o Creditors Interchange,    P.O. Box 2270,
               Buffalo, NY 14240-2270
15600942      Chase,    P.O. Box 15145,    Wilmington, DE 19850-5145
15600938     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15600943      Chase,    Attn: Correspondance Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
15600941     +Chase,    c/o Mann Bracken, LLC,    2727 Paces Ferry Road,    Atlanta, GA 30339-4053
15600939     +Chase,    c/o Mann Bracken, LLC,    One Paces West Suite 1400,    Atlanta, GA 30327-2734
16255610      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15600944      Chase/Bank One/ECast Settlement,    c/o Creditors Interchange,    P.O. Box 2270,
               Buffalo, NY 14240-2270
15600945     +Citifinancial,    P.O. Box 6931,    The Lakes, NV 88901-6931
15600947     +Citifinancial Mortgage,    Attn: Bankruptcy Dept. Suite 100,    1111 Northpoint Drive Bldg 4,
               Coppell, TX 75019-3831
15600946     +Citifinancial Mortgage,    1391 West Lane,    Machesney Park, IL 61115-1621
15600951     +Ferrell Gas,    One Liberty,    Liberty, MO 64068-2971
15600950     +Ferrell Gas,    P.O. Box 1003,    Liberty, MO 64069-1003
15600953     +Geiger Psychiatric Care LLC,    c/o Creditor’s Protection Service,    202 W. State Street,
               Rockford, IL 61101-1138
15600952     +Geiger Psychiatric Care LLC,    1752 Windsor Road Suite 203,    Loves Park, IL 61111-4276
15600954     +Kristin Olson,    5402 Bennett Street,    Loves Park, IL 61111-5019
15600957      LVNV Funding its successors&assigns,    Assignee of Washington Mutual,    P.O. Box 10587,
               Greenville, SC 29603-0587
15600958     +Monterey Financial SErvices,    P.O. Box 2809,    Carlsbad, CA 92018-2809
15600961      National City,    c/o Weltman, Weinberg & Reis,    323 W. Lakeside Ave. Ste 200,
               Cleveland, OH 44113-1009
15600960      National City,    P.O. Box 94982,    Cleveland, OH 44101-4982
15600963      RCI - Krystal Chicome Cancun,    P.O. Box 918734,    Orlando, FL 32891-8734
15600967      U.S. Bank,    P.O. Box 5227 CN-OH-WIS,    Cincinnati, OH 45202-5227
15600965      U.S. Bank,    P.O. Box 5830,    Saint Louis, MO 63134-0830
15600966    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P.O. Box 5229,    Cincinnati, OH 45201-5229)
15600968    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 5830,    Portland, OR 97208)
15600969    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790084,    Saint Louis, MO 63179)
16428710    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15600970      US Bank,    c/o Client Services,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-4047
15600971      US Bank/Retail Payment Solutions,    P.O. Box 5229,    Cincinnati, OH 45201-5229
15600972     +US. Bank,    c/o Regional Adjustment Bureau,    7000 Goodlett Farms Parkway,
               Cordova, TN 38016-4916
15600974     +Washington Mutual,    c/o MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
15600976      Wells Fargo,    c/o Associated Credit Service, Inc.,    105 B. South Street POB 9100,
               Hopkinton, MA 01748-9100
15600975     +Wells Fargo,    P.O. Box 10475,    Des Moines, IA 50306-0475
15600978      Wells Fargo Financial,    P.O. Box 10475,    Des Moines, IA 50306-0475
15600979      Wells Fargo Financial,    4137 121st Street,    Urbandale, IA 50323-2310
16245566      eCAST Settlement Corporation, assignee,    of Capital One Bank,    POB 35480,
               Newark, NJ 07193-5480
16245567      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
               Newark, NJ 07193-5480
15600948      eCast Settlement Corp. assignee of,    Capital One Bank,    P.O. Box 35480,    Newark, NJ 07193-0001
15600949      eCast Settlement Corp. assignee of,    Chase Bank USA BA,    P.O. Box 35480,
               Newark, NJ 07193-0001

The following entities were noticed by electronic transmission on Jan 27, 2011.
tr           +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
15600964      E-mail/PDF: BNCEmails@blinellc.com Jan 27 2011 05:12:39      Roundup Funding, LLC,    MS 550,
               P.O. Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
15600940*    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15600955*    +Kristin Olson,    5402 Bennett Street,    Loves Park, IL 61111-5019
15600956*    +Kristin Olson,    5402 Bennett Street,    Loves Park, IL 61111-5019
15600977*    +Wells Fargo,    P.O. Box 10475,    Des Moines, IA 50306-0475
15600980*     Wells Fargo Financial,    P.O. Box 10475,    Des Moines, IA 50306-0475
15600981*     Wells Fargo Financial,    4137 121st Street,    Urbandale, IA 50323-2310
```

Certificate of Service   Page 6 of 6

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jan 26, 2011
Case: 10-72564                Form ID: pdf006            Total Noticed: 47

15600959     ##National City,    P.O. Box 2349,    Kalamazoo, MI 49003-2349
15600962     ##National City (PNC),    P.O. Box 2349,    Kalamazoo, MI 49003-2349
                                                                                             TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                    **Signature:**     *Joseph Speetjens*