**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: OLSON, THOMAS A. | § Case No. 10-72564 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $29,140.00           Assets Exempt: $8,040.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,257.64      Claims Discharged
                                                Without Payment: $57,935.70

Total Expenses of Administration: $2,242.52

---

3) Total gross receipts of $ 6,500.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $191,200.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,242.52 | 2,242.52 | 2,242.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 61,956.00 | 31,787.34 | 31,787.34 | 4,257.64 |
| **TOTAL DISBURSEMENTS** | $253,156.00 | $34,029.86 | $34,029.86 | $6,500.16 |

4) This case was originally filed under Chapter 7 on May 19, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2011          By: /s/MEGAN G. HEEG
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 6,500.00 |
| Interest Income | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Mortgage | 4110-000 | 185,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$191,200.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,400.02 | 1,400.02 | 1,400.02 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 760.00 | 760.00 | 760.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 82.50 | 82.50 | 82.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,242.52 | 2,242.52 | 2,242.52 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 7100-000 | 4,400.00 | 4,252.88 | 4,252.88 | 569.64 |
| 2 | eCAST Settlement Corporation, assignee | 7100-000 | 5,200.00 | 5,191.81 | 5,191.81 | 695.40 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,700.00 | 2,711.20 | 2,711.20 | 363.14 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,523.76 | 2,523.76 | 338.04 |
| 5 | Ferrell Gas | 7100-000 | 1,250.00 | 1,249.27 | 1,249.27 | 167.33 |
| 6 | US Bank N.A. | 7100-000 | 18,000.00 | 15,858.42 | 15,858.42 | 2,124.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | U.S. Bank | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RCI - Krystal Chicome Cancun | 7100-000 | 7,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Roundup Funding, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City c/o Weltman, Weinberg & Reis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City (PNC) | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank/Retail Payment Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank c/o Client Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 2,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo c/o Associated Credit Service, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual c/o MRS Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US. Bank c/o Regional Adjustment Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Geiger Psychiatric Care LLC | 7100-000 | 480.00 | N/A | N/A | 0.00 |
| NOTFILED | Bruce Buhr | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Mann Bracken, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bruce Buhr c/o Hupy and Abraham, SC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Mann Bracken, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Geiger Psychiatric Care LLC c/o Creditor's Protection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding its successors&assigns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristin Olson | 7100-000 | 566.00 | N/A | N/A | 0.00 |
| NOTFILED | Ferrell Gas One Liberty | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Bank One/ECast Settlement c/o Creditors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | eCast Settlement Corp. assignee of Chase Bank USA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | eCast Settlement Corp. assignee of Capital One Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Monterey Financial SErvices | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 61,956.00 | 31,787.34 | 31,787.34 | 4,257.64 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/19/10 (f)  
**§341(a) Meeting Date:** 07/09/10  

**Period Ending:** 04/20/11  
**Claims Bar Date:** 12/23/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash on hand.<br>Orig. Asset Memo: Orig. Description: cash; Imported from original petition Doc# 1; | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking National City; Imported from original petition Doc# 1; | 35.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking Blackhawk Bank; Imported from original petition Doc# 1; | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking Blackhawk Bank; Imported from original petition Doc# 1; | 35.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: checking National City; Imported from original petition Doc# 1; | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: 2 beds, dressser, chair, tv, vcr, dvd player, 2 computers, 2 stereos, refrigerator, dryer, desk, entertainment center, 2 bookcases, etc. with estimated retail value of $2000; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Orig. Description: video tapes, dvds and cds with estimated retail value of $150.00; Imported from original petition Doc# 1; | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Orig. Description: collectibles with estimated retail value of $200; Imported from original petition Doc# 1; | 80.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: clothing with estimated retail value of $300.00; Imported from original petition Doc# 1; | 150.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.  

**Period Ending:** 04/20/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/19/10 (f)  
**§341(a) Meeting Date:** 07/09/10  
**Claims Bar Date:** 12/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Furs and jewelry.<br>Orig. Asset Memo: Orig. Description: jewelry with estimated retail value of $600.00; Imported from original petition Doc# 1; | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: 6 firearms with estimated retail value of $600.00; Imported from original petition Doc# 1; | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: golf clubs with estimated retail value of $50.00; Imported from original petition Doc# 1; | 20.00 | 0.00 | DA | 0.00 | FA |
| 13 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: camera with estimated retail value of $80.00; Imported from original petition Doc# 1; | 40.00 | 0.00 | DA | 0.00 | FA |
| 14 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: Weight Machine with estimated retail value of $1000.00; Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: happysales2you.com happysales2you.net Internet sales; Imported from original petition Doc# 1; | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2001 Dodge Dakota subject to security interest of U.S. Bank dealer retail value $5000.00; Imported from original petition Doc# 1; | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2006 custom motorcycle dealer retail value $16000.00; Imported from original petition Doc# 1; | 15,000.00 | 0.00 | DA | 6,500.00 | FA |
| 18 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2006 Honda | 3,500.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.  

**Period Ending:** 04/20/11

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/19/10 (f)  
**§341(a) Meeting Date:** 07/09/10  
**Claims Bar Date:** 12/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Shadow Motorcycle dealer retail value $4000.00; Imported from original petition Doc# 1; | | | | | |
| 19 | Automobiles, trucks, trailers and other vehicles<br>   Orig. Asset Memo: Orig. Description: utility trailer dealer retail value $200.00; Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Boats, motors and accessories.<br>   Orig. Asset Memo: Orig. Description: 1974 glasstron Boat, motor, trailer; Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Boats, motors and accessories.<br>   Orig. Asset Memo: Orig. Description: canoe; Imported from original petition Doc# 1; | 350.00 | 0.00 | DA | 0.00 | FA |
| 22 | Machinery, fixtures, equipment and supplies used<br>   Orig. Asset Memo: Orig. Description: 4 folding tables; Imported from original petition Doc# 1; | 80.00 | 0.00 | DA | 0.00 | FA |
| 23 | Machinery, fixtures, equipment and supplies used<br>   Orig. Asset Memo: Orig. Description: work tools with estimated retail value of $2000.00; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | Inventory.<br>   Orig. Asset Memo: Orig. Description: Inventory of items for sale; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | Other personal property of any kind not already<br>   Orig. Asset Memo: Orig. Description: hand and power tools with estimated retail value of $400.00; Imported from original petition Doc# 1; | 200.00 | 0.00 | DA | 0.00 | FA |
| 26 | Other personal property of any kind not already<br>   Orig. Asset Memo: Orig. Description: garage heater with estimated retail value of $200.00; Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |
| 27 | Other personal property of any kind not already<br>   Orig. Asset Memo: Orig. Description: pressure washer with estimated retail value of $200.00; Imported from original petition Doc# 1; | 100.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/19/10 (f)  
**§341(a) Meeting Date:** 07/09/10  

**Period Ending:** 04/20/11  
**Claims Bar Date:** 12/23/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | Other personal property of any kind not already  Orig. Asset Memo: Orig. Description: work table with estimated retail value of $60.00; Imported from original petition Doc# 1; | 30.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 29 | **Assets** Totals (Excluding unknown values) | **$29,140.00** | **$0.00** | | **$6,500.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2010          **Current Projected Date Of Final Report (TFR):**   January 12, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.

**Taxpayer ID #:** **-***6124  
**Period Ending:** 04/20/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/10 | {17} | Matt Kobs | purchase of motorcycle | 1129-000 | 6,500.00 | | 6,500.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,500.04 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,500.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,500.14 |
| 01/12/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 6,500.16 |
| 01/12/11 | | To Account #9200******3466 | prepare final report | 9999-000 | | 6,500.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,500.16 | 6,500.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,500.16 | |
| | | | **Subtotal** | | 6,500.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,500.16** | **$0.00** | |

{} Asset reference(s)

Printed: 04/20/2011 04:05 PM    V.12.56

## FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-72564  
**Case Name:** OLSON, THOMAS A.  

**Taxpayer ID #:** **-***6124  
**Period Ending:** 04/20/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/11 | | From Account #9200******3465 | prepare final report | 9999-000 | 6,500.16 | | 6,500.16 |
| 03/17/11 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,400.02, Trustee Compensation; Reference: | 2100-000 | | 1,400.02 | 5,100.14 |
| 03/17/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $82.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 82.50 | 5,017.64 |
| 03/17/11 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $760.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 760.00 | 4,257.64 |
| 03/17/11 | 104 | eCAST Settlement Corporation, assignee | Dividend paid 13.39% on $4,252.88; Claim# 1; Filed: $4,252.88; Reference: 5178-0526-7111-1520 | 7100-000 | | 569.64 | 3,688.00 |
| 03/17/11 | 105 | eCAST Settlement Corporation, assignee | Dividend paid 13.39% on $5,191.81; Claim# 2; Filed: $5,191.81; Reference: 4147-2020-2874-0429 | 7100-000 | | 695.40 | 2,992.60 |
| 03/17/11 | 106 | Chase Bank USA, N.A. | Dividend paid 13.39% on $2,711.20; Claim# 3; Filed: $2,711.20; Reference: 4266-8411-0598-9873 | 7100-000 | | 363.14 | 2,629.46 |
| 03/17/11 | 107 | Chase Bank USA, N.A. | Dividend paid 13.39% on $2,523.76; Claim# 4; Filed: $2,523.76; Reference: | 7100-000 | | 338.04 | 2,291.42 |
| 03/17/11 | 108 | Ferrell Gas | Dividend paid 13.39% on $1,249.27; Claim# 5; Filed: $1,249.27; Reference: 53598666 | 7100-000 | | 167.33 | 2,124.09 |
| 03/17/11 | 109 | US Bank N.A. | Dividend paid 13.39% on $15,858.42; Claim# 6; Filed: $15,858.42; Reference: 4037-8400-0439-6105 | 7100-000 | | 2,124.09 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,500.16 | 6,500.16 | $0.00 |
| Less: Bank Transfers | 6,500.16 | 0.00 | |
| **Subtotal** | 0.00 | 6,500.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,500.16** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******34-65** | 6,500.16 | 0.00 | 0.00 |
| **Checking # 9200-******34-66** | 0.00 | 6,500.16 | 0.00 |
| | $6,500.16 | $6,500.16 | $0.00 |

{} Asset reference(s)

Printed: 04/20/2011 04:05 PM   V.12.56